**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK BROOKINS, | ) | |
| | ) | No:  07 C 4932 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | |
| OFFICERS J. FORSELL, Star # 292l, | ) | |
| J. MARTIN, Star # 8880, W. SCHIELD, | ) | |
| Star # 946, MCARTHY, Star # 18017, | ) | |
| M. DEMCAK, Star # 8761, and | ) | |
| THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION, | ) | Jury Demand |
| Defendants. | ) | |

**FIRST AMENDED COMPLAINT**

1.     The jurisdiction of this Court is invoked pursuant to the Civil Rights Act,

42 U.S.C. Sections 1983 and 1988; 28 U.S.C. Sections 1331 and 1323 (3); and the

Constitution of the United States, and supplemental jurisdiction under 28 U.S.C.

Section 1367.

2.     Plaintiff Mark Brookins is an African-American male, a citizen of the

United States, and a resident of Cook County.

3.     Defendants Forsell, Martin, Schield, McArthy and Demcak are police

officers employed by the City of Chicago, and were at all times relevant to the

facts alleged in this complaint, acting within the scope of their employment and

under color of law. Defendant Officers are being sued individually.

4.     The City of Chicago is a municipal corporation within the State of Illinois,

and was all times material to this Complaint, the employer of defendant police

officers.

## FACTS

5.      On September 2, 2006, at approximately 12:00 a.m., Plaintiff Mark

Brookins was proceeding west on Vincennes at 85th street when he was stopped

in a road block. Several uniformed Chicago police officers were participating in

the road block.

6.      The officers demanded Brookins' driver's license and then opened Mr.

Brookins' car door and threw Mr. Brookins to the ground.

7.      Sgt. Schield shocked Mr. Brookins with a tazer gun which caused him to

begin to bleed. Mr. Brookins was then struck about his head with an object and

thrown into a cop car and arrested for resisting arrest and not wearing a seat belt.

The criminal charges were eventually resolved in Mr. Brookins' favor.

8.      Mr. Brookins was taken to South Shore hospital for treatment for his

injuries.

## COUNT I

**(42 U.S.C. Section 1983-Excessive Force Claim)**

(1-8). Plaintiff Mark Brookins alleges and realleges paragraphs 1 through 8

as fully set forth above.

9.     As a result of the unreasonable and unjustifiable attack on Mark

Brookins, Brookins suffered both physical and emotional injuries.

10.     This unreasonable and unjustifiable beating of the Plaintiff Mark

Brookins by some Defendant officers while the other officers watched was a

direct and proximate cause of his pain, suffering and metal anguish. The acts by the above individual Defendants violated the Plaintiff's Fourth Amendment right to be free from unreasonable seizures, in addition to a violation of 42 U.S.C. 1983.

**WHEREFORE**, Plaintiff Mark Brookins demands compensatory damages against all Defendant Officers, and because the Defendants acted maliciously, willfully and/or wantonly, Plaintiff demands punitive damages from each individual defendant, plus cost, attorney's fees, and such other additional relief as this Court deems equitable and just.

## COUNT II

### (42 U.S.C. Section 1983-False Arrest)

(1-8).    Plaintiff Mark Brookins alleges and realleges paragraphs 1 through 8 as fully set forth herein.

9.    The above acts of the Defendant Officers were willfully and wantonly done without probable cause and were a direct and proximate cause of Mr. Brookins' pain, suffering and mental anguish, and therefore violated the Plaintiff's Forth Amendment right to be free from unreasonable arrest, search and seizure.

**WHEREFORE,** Plaintiff Mark Brookins seeks actual or compensatory damages against Defendant Officers individually and because they acted maliciously, willfully and/or wantonly, Plaintiff demands punitive damages against the defendant officers individually.

## COUNT III

### (42 U.S.C. Section 1983-Conspiracy)

(1-8). Plaintiff Mark Brookins alleges and realleges paragraphs 1 through 8 as fully set forth herein.

9. All defendant officers, and other unknown officers reached an understanding, engaged in a sequence of events or course of conduct, and otherwise agreed and conspired together to violate the constitutional rights of the Plaintiff.

10. Each defendant did reach this understanding and agreement, and did engage in this course of conduct with the mutual purpose, objective, and knowledge that it would deprive the Plaintiff of his rights, privileges and immunities as guaranteed by the Constitution and laws of the United States.

11.  Additionally, said conspiracy/joint action violated Plaintiff's Fourth Amendment rights under the color of law in violation of 42 U.S.C. Section 1983, and was a direct and proximate cause of his pain, suffering and metal anguish.

12. Acting in furtherance of this plan and conspiracy, each of the Defendants committed overt acts, including, but not limited to, an unjustifiable beating and false arrest as fully alleged in paragraphs 1-8. This course of conduct by the Defendants was done willfully, maliciously, intentionally or with reckless disregard and directly and proximately caused serious injury to the Plaintiff.

**WHEREFORE** Plaintiff demands compensatory damages against each Defendant, and because the Defendants acted maliciously, willfully and /or

wantonly, Plaintiff demands punitive damages against the defendant officers

individually.

## COUNT IV

### (Assault and Battery Under Illinois Law)

(1-8).    Plaintiff Mark Brookins alleges and realleges paragraphs 1

through 8 as though fully set forth herein.

9.    The acts of the Defendant Officers described above, were done

maliciously, willfully and wantonly and with such reckless disregard for their

natural consequences as to constitute assault and battery under the laws and

Constitution of the State of Illinois, and did directly and proximately cause the

injuries, pain and suffering of the Plaintiff as alleged above.

**WHEREFORE,** Plaintiff Mark Brookins demands judgment against  all

Defendant Officers individually for compensatory damages; and because the

Defendants acted maliciously, willfully and/or wantonly, punitive or exemplary

damages, plus costs for the battery against him.

## COUNT V

### (Malicious Prosecution Under Illinois Law)

(1-8).    Plaintiff Mark Brookins alleges and realleges paragraphs 1 through

8 as though fully set forth herein.

9.    The above prosecution was initiated by the defendants to cover up the

unjustifiable beating of the Plaintiff.

10.    The defendants signed complaints against Plaintiff which began the

prosecution of him.

11.    The unjustifiable prosecution was resolved in the Plaintiff's behalf and, therefore, said prosecution was in violation of the Illinois law.

12.    The unjustifiable prosecution of the Plaintiff Mark Brookins was done willfully and wantonly and was the direct and proximate cause of the physical and mental injuries suffered by the Plaintiff.

**WHEREFORE,** Plaintiff Mark Brookins seeks actual or compensatory damages against Defendant Officers individually, and because the above defendants acted maliciously, willfully and/or wantonly, Plaintiff demands punitive damages against each defendant officer.

## COUNT VI

**(Respondent Superior Under Illinois Law Against the City of Chicago)**

(1-8).    Plaintiff Mark Brookins alleges and realleges paragraphs 1 through 8 as though fully set forth herein.

9.    The aforesaid acts of Defendant Officers in beating and falsely arresting Mark Brookins was done within the scope of their employment as Chicago police officers, was willful and wanton, and therefore the defendant City of Chicago, as principal, is liable for the actions of its agents under the doctrine of respondent superior.

**WHEREFORE,** Plaintiff Mark Brookins demands judgment against defendant City of Chicago, plus costs, and such other additional relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully Submitted,

The Law Office of Standish E. Willis

By: _____

Angela Lockett
Attorney for Plaintiff


The Law Office of Standish E. Willis, LTD.
407 South Dearborn Street-Suite #1395
Chicago, Illinois 60605
(312) 554-0005

7